UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT McLEOD,

        Plaintiff,                                  Case No. 1:20-cv-13181

v.                                                  Honorable Thomas L. Ludington
                                                             United States District Judge

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**OPINION AND ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND (4) AFFIRMING COMMISSIONER'S DECISION**

        This matter is before this Court upon Magistrate Judge Kimberly G. Altman's Report recommending that Defendant's Motion for Summary Judgement be granted and that Plaintiff's Motion for Summary Judgment be denied. ECF No. 25. Although the Report states that the parties could object to and seek review of the recommendations within 14 days of service, neither Plaintiff nor Defendant filed any objections. They have therefore waived their right to appeal Judge Altman's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also Howard v. Sec'y of Health & Hum. Servs.*, 932 F.2d 505 (6th Cir. 1991) (holding that claimants waive the right to appeal by filing a general objection to the report).

        Accordingly, it is **ORDERED** that Magistrate Judge Altman's Report and Recommendation, ECF No. 25, is **ADOPTED**.

        Further, it is **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 24, is **GRANTED**.

        Further, it is **ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 21, is **DENIED**.

Further, it is **ORDERED** that the Commissioner's decision to deny disability insurance benefits is **AFFIRMED**.

Dated: February 28, 2022	s/Thomas L. Ludington
	THOMAS L. LUDINGTON
	United States District Judge